## HUGH McVAY
v.
## ABRAHAM CONNER

1811

### JOURNAL ENTRIES

1. Declaration filed; plea; issue; jurors; verdict . *Journal, infra,* *p. 366
2. Judgment . . . . . . . . . . . . . " 388

### PAPERS IN FILE

1. Copy of J. P. record . . . . . . . . . . . . . . . .
2. Declaration; plea . . . . . . . . . . . *Printed in Vol. 2*
3. Verdict . . . . . . . . . . . . . . . . .

## UNITED STATES
v.
## JOSEPH V. B. WATSON

1811

### JOURNAL ENTRIES

1. Plea; issue . . . . . . . . . . . *Journal, infra,* *p. 367
2. Jurors; verdict . . . . . . . . . . . . . " 372
3. Continuance . . . . . . . . . . . . " 393

### PAPERS IN FILE

1. Indictment . . . . . . . . . . . . *Printed in Vol. 2*
2. "Venire facias" sur indictment . . . . . . . "
3. Verdict . . . . . . . . . . . . . . "
4. Copy of remission of fine . . . . . . . . "